# UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** [ ]

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 2:21-cv-02874-FLA-PD

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 04/02/2021

Date of judgment or order you are appealing: 07/21/2022

Docket entry number of judgment or order you are appealing: 52

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

(•) Yes   ( ) No   ( ) IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

BEST AUTO REPAIR, a California Corporation; ISAAC KAHAN KASHANI, D.D.S. A PROFESSIONAL DENTAL CORPORATION dba LASTING IMPRESSIONS DENTAL SPA, a California Corporation;

Is this a cross-appeal?  ( ) Yes   (•) No

If yes, what is the first appeal case number? [ ]

Was there a previous appeal in this case?  ( ) Yes   (•) No

If yes, what is the prior appeal case number? [ ]

Your mailing address (if pro se):

[ ]

[ ]

City: [ ]   State: [ ]   Zip Code: [ ]

Prisoner Inmate or A Number (if applicable): [ ]

**Signature** /s/ [signature]   **Date** Aug 19, 2022

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 1**                                                                                                 *Rev. 06/09/2022*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List each party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

BEST AUTO REPAIR, a California Corporation; ISAAC KAHAN KASHANI, D.D.S. A PROFESSIONAL DENTAL CORPORATION dba LASTING IMPRESSIONS DENTAL SPA, a California Corporation;

Name(s) of counsel (if any):

EILEEN KEUSSEYAN, MELKON R. MELKONIAN, NATALIE HAIRABEDIAN

Address: 16530 Ventura Boulevard, Suite 555, Encino, California 91436

Telephone number(s): (818) 986-9331

Email(s): ek@keosianlaw.com, mrm@keosianlaw.com, nh@keosianlaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a Connecticut Corporation; THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut Corporation

Name(s) of counsel (if any):

RICHARD JOSEPH DOREN, THEODORE J. BOUTROUS, JR., DEBORAH L. STEIN

Address: 333 South Grand Avenue, Los Angeles, CA 90071-3197

Telephone number(s): (213) 229-7000

Email(s): rdoren@gibsondunn.com, tboutrous@gibsondunn.com, dstein@gibson

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                    *1*                                    *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                    2                          New 12/01/2018

| | |
|---|---|
| Name: Eileen Keusseyan<br>Address: 16530 Ventura Boulevard, Suite 555<br>Encino, California 91436<br>Phone: (818) 986-9331<br>Fax: (818) 986-9341 | |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BEST AUTO REPAIR, a California Corporation, et al.<br><br>Plaintiff<br><br>v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a Connecticut Corporation, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:21-cv-02874-FLA-PD<br><br>Form 1. and Form 6. Continued List of Appellants |

BEST AUTO REPAIR, a California Corporation; ISAAC KAHAN KASHANI, D.D.S. A PROFESSIONAL DENTAL CORPORATION dba LASTING IMPRESSIONS DENTAL SPA, a California Corporation; JON M. POSTAJIAN, DOCTOR OF CHIROPRACTIC, INC., a California Corporation; DEBBY PAZ dba PRO BEAUTY BY DEBBY; TOROSLAN ENTERPRISES, INC., a California Corporation; VANRITA SUIT, INC. dba L.A. Suit Exchange, a California Corporation; B. DEIRMENJIAN, D.D.S, INC. dba PONDEROSA DENTAL GROUP, SMILES WEST COMPTON, SMILES WEST HUNTINGTON PARK, SMILES WEST LA PUENTE, SMILES WEST LOS ANGELES, SMILES WEST LYNWOOD, SMILES WEST MISSION HILLS, SMILES WEST MONEBELLO, SMILES WEST MORENO VALLEY, SMILES VAN NUYS, a California Corporation; SANDRA DEIRMENJIAN, D.D.S., INC. dba DENTAL WONDERLAND, a California Corporation; DEIRMENJIAN DENTISTRY, INC. dba SMILES WEST COVINA, a California Corporation; ADORE NAIL SPA; THUY TRAN, an individual; AFSANEH ZOKAEI, DDS, A PROFESSIONAL CORPORATION dba NEIGHBORHOOD DENTAL GROUP,

1 | a California Corporation; M&F DEVELOPMENT, LLC, a California Limited Liability Company;
2 | THE WAX SHOP, INC.; a California Corporation.
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CV-127 (09-09)           PLEADING PAGE FOR A SUBSEQUENT DOCUMENT