UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 20 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BEST AUTO REPAIR, INC., a California Corporation; et al.,<br><br>          Plaintiffs - Appellants,<br><br>   v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a Connecticut Corporation and THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut Corporation,<br><br>          Defendants - Appellees. | No. 22-55784<br><br>D.C. No. 2:21-cv-02874-FLA-PD<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

The judgment of this Court, entered August 29, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT